AO 91 (Rev. 11/11) Criminal Complaint

FILED
SEP -8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| v. | ) |
| Fabian Teodora Meraz | ) Case No. EP-25-M-5019-RFC |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 7, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Attempted assault, and intimate a federal officer |

This criminal complaint is based on these facts:
Defendant did willfully attempt to assault and intimitdate a federal officer. See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Zane Michael Williams, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/8/2025

_____
Judge's signature

City and state: El Paso, Texas

Robert F. Castaneda, US Magistrate
Printed name and title

# AFFIDAVIT

I, Zane Michael Williams, being duly sworn, hereby depose and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 2024. I am currently conducting violent crimes investigations with the FBI El Paso Division, violent crimes squad. Prior to the FBI, I was a Seasonal Police Officer for Ocean City, Maryland. While employed as an FBI Special Agent, I have investigated violations of federal criminal laws over which the FBI has jurisdiction, to include violations of criminal law under United States Code (USC) Title 18 and Title 21. I have received training in and/or investigated criminal organizations and individuals who had committed or conspired to commit violent crimes.

2.  On September 7, 2025, FBI Special Agent (SA) Zane Williams and Nastassia Paris responded to the PDT Border Patrol Station, 1101 South Oregon Street, El Paso, Texas, which is within the Western District of Texas. During interviews with several United States Border Patrol Agents (BPAs) and Fabien MERAZ they provided the following information:

3.  Around 11:30 p.m. on September 6, 2025, BPAs had received information via their radios of illegal aliens who had run across the Texas Loop 375 highway towards the area of Kansas Street. The BPAs began to enter the area and locate the illegal aliens. BPA G.R. was in a full United States Border Patrol (USBP) uniform complete with USBP markings and a marked USBP pickup truck. BPA G.R. dismounted his marked USBP pickup truck and began searching the area around, South Kansas Street and 6th Avenue and 7th avenue due to his experience of locating other groups of illegal aliens in the area. As BPA G.R. was searching the area he noticed a male in a

white Chrysler 300 sedan enter the area, the male driver was later identified as MERAZ. MERAZ began shouting at BPA G.R. BPA G.R. could not distinguish what MERAZ was saying due to the distance. BPA G.R. finished his search and walked back to his marked USBP truck. As BPA G.R. reached his truck MERAZ began to tell BPA G.R. in Spanish "This is my neighborhood and you better not be looking for anyone in my neighborhood. You're going to pay if I see you again." MERAZ also told BPA G.R. "You need to go." MERAZ had observed BPA G.R. in his uniform and the marked USBP pickup truck before approaching BPA G.R.

4. BPA G.R. began to drive away from the area and noticed MERAZ driving southbound on South Kanas Street between 7th Avenue and East 6th Avenue, a southbound only section of road, before making a U-turn. MERAZ then began to proceed North in a southbound only area of South Kansas Street. BPA G.R. rolled down his window as MERAZ approached the marked USBP truck. MERAZ slowed down and BPA G.R. advised MERAZ that he was travelling the wrong way. MERAZ then continued northbound before making another U-turn and again following BPA G.R. MERAZ began following BPA G.R. at a distance BPA G.R. could not see MERAZ's headlights.

5. BPA G.R. then made a right to head west on 7th Avenue. MERAZ continued to follow him at a close proximity. BPA G.R. then stopped his marked USBP truck and activated the red and blue emergency lights on the top of the truck near the intersection of Staton Avenue and 7th Avenue. BPA G.R. stepped out of his truck. MERAZ then accelerated his vehicle around BPA G.R. and his truck coming close enough that BPA G.R. needed to flatten himself against the truck. Other BPAs on the corner of 7th Avenue and Staton Avenue saw MERAZ's vehicle pass dangerously close to BPA G.R. No parties saw obstacles or oncoming vehicles that would justify the distance of MERAZ's vehicle to BPA G.R.

6.  Once clear BPA G.R. and several other BPAs began to pursue MERAZ with their lights and sirens activated. MERAZ said he "wasn't going to stop unless it was police or DPS". MERAZ did come to a stop at the intersection of 6th avenue and Tays Street. Once stopped BPA G.R. and BPA C.W. blocked MERAZ with their marked USBP vehicles. MERAZ exited the vehicle and was placed into handcuffs. A USBP supervisor arrived on scene and was informed of the circumstances. The USBP supervisor advised MERAZ he was under arrest. During the search incident to arrest BPA C.W. located a bag in the center console of MERAZ's vehicle. The bag was filled with a white powdery substance. When the substance was tested with a Scott Drug Testing Kit the test indicated positive for cocaine.

7.  Based on the facts set forth above, your affiant respectfully submits there is probable cause to believe MERAZ knowingly violated Title 18, United States Code 111(a)(1) – Misdemeanor Assault of a Federal Officer, within the Western District of Texas by willfully attempting to intimidate and attempting to assault BPA G.R.

*[signature]*

Special Agent Zane Michael Williams

Federal Bureau of Investigation

SUBSCRIBED AND SWORN BEFORE ME ON September 8, 2025

_____

ROBERT F. CASTANEDA

UNITED STATE MAGISTRATE JUDGE