UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2025 OCT -3 PM 3:34
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | EP-25-MJ-05019-RFC |
| Plaintiff, | § § | |
| v. | § § | **MISDEMEANOR INFORMATION** |
| FABIAN TEODORO MERAZ, | § § | CT 1: 18 U.S.C. § 111(a) - Assault of a Federal Officer |
| Defendant. | § § | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about September 7, 2025, in El Paso, Texas, within the Western District of Texas, the Defendant,

**FABIAN TEODORO MERAZ,**

intentionally, forcibly assaulted, impeded, intimidated, and interfered with United States Border Patrol Agent G.R., a person designated in Title 18, United States Code, Section 1114, who was then engaged in, and on account of the performance of Border Patrol Agent G.R.'s official duties, in violation of Title 18, United States Code, Section 111(a).

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
SARAH VALENZUELA
Assistant U.S. Attorney
Texas Bar #
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884