IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

December 09, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Erika Gonzalez_____

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO: EP-25-M-05019-RFC |
| | § | |
| FABIAN TEODORO MERAZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON GOVERNMENT'S
## MOTION IN LIMINE TO ADMIT EVIDENCE UNDER RULE 404(b)

On this day, the Court considered the United States of America ("the Government's") "Motion in limine to admit, and notice of intent to offer, evidence under federal rule of evidence 404(b)," in the above-captioned cause against Defendant Fabian Teodoro Meraz.

After due consideration, the Court is of the opinion that evidence of Meraz's March 20, 2023, arrest and August 22, 2023, conviction for "Conspiracy to Harbor Aliens for Financial Gain" in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii), and (a)(1)(B)(i)," in the case of *United States v. Fabian Teodoro Meraz*, EP-23-CR-00681-KC is NOT admissible under Federal Rule of Evidence 404(b)(2). Plenty of evidence regarding motive is already available in the case, and for the Court to allow the introduction of this additional evidence would unduly prejudice the Defendant, and such prejudice substantially outweighs the probative value of the conviction or the facts relating to it.

12

Accordingly, the Government's "Motion in limine to admit, and notice of intent to offer, evidence under federal rule of evidence 404(b)," is **HEREBY DENIED**.

Signed December 9, 2025.

_____
**HONORABLE ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

13