**FILED**

December 09, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Erika Gonzalez_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. EP-25-M-05019-RFC |
| | § | |
| FABIAN TEODORO MERAZ | § | |

### ORDER ON GOVERNMENT'S MOTION IN LIMINE

On this date came on to be heard the Government's Motions in Limine. After considering the same, the Motion is GRANTED or DENIED as set forth below:

**1. Production or Disclosure of Government Witnesses**

GRANTED____ MODIFIED AND GRANTED_X_ DENIED____

Except that the Defendant can argue that the evidence is lacking in light of the failure to call a witness and the Government can argue that the Defendant could have called the witness himself. Regarding any "document" objections, the Court will take it up during the trial.

**2. Hearsay Statements by the Defendant**

GRANTED _X_ MODIFIED AND GRANTED ____ DENIED ____

**3. Impeachment of Witnesses**

GRANTED_X_ MODIFIED AND GRANTED ____ DENIED____

**4. Argument Inviting Jury Nullification**

GRANTED_X_ MODIFIED AND GRANTED____ DENIED____

**5. Punishment**

GRANTED_X_ MODIFIED AND GRANTED ____ DENIED____

**SIGNED and ENTERED** December 9, 2025.

**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**