**FILED**

December 09, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Erika Gonzalez_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. EP-25-M-05019-RFC** |
| | § | |
| **FABIAN TEODORO MERAZ** | § | |

## ORDER

On this day, the Court considered the Defense Motion in Limine to Preclude Admission of Evidence Pursuant to Federal Rule of Evidence 403.

After considering the same, the Court **GRANTS** Defendant Meraz's motion. It is **ORDERED** that the evidence as referenced in the defense's motion shall not be referenced during trial.

**IT IS FUTHER ORDERED** that the Government shall instruct all witnesses that they are subject to the terms of this order and are similarly not to allude to or go into such matters.

**SIGNED and ENTERED** December 9, 2025.

_____
**ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE**