FILED

December 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Veronica Montoya_

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | EP-25-MJ-05019-RFC |
| | § | |
| FABIAN TEODORO MERAZ, | § | |
| *Defendant.* | § | |

### VERDICT FORM

As to the charge of Forcibly Assaulting a Federal Officer, we the Jury unanimously find

Defendant, **FABIAN TEODORO MERAZ:**

_____X_____ Guilty          _____ Not Guilty

So say we all this _12TH_ day of December, 2025, at El Paso, Texas.

**Foreperson**